**IT IS ORDERED as set forth below:**

**Date: September 17, 2026**

Paul Baisier

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | |
| | Case Number: |
| **MARYANN OLYMPIA COLEMAN,** | **26-58852-PMB** |
| | |
| Debtor. | Chapter 7 |

**ORDER GRANTING DEBTOR'S**
**MOTION TO RECONSIDER DISMISSAL**

On August 10, 2026, the above-named debtor (the "Debtor"), proceeding *pro se*, filed a *Motion to Reconsider Dismissal Order* (Docket No. 16)(the "Motion"). The Debtor filed this case on July 7, 2026, together with an *Application for Waiver of Chapter 7 Filing Fee* (Docket No. 6). On July 9, 2026, the Court entered its *Order Denying Debtor's Application to Have the Filing Fee Waived* (Docket No. 9), which directed the Debtor to pay the filing fee in installments. The Debtor did not timely pay the filing fee and as a result, on July 28, 2026, the Court entered its *Order Dismissing Case* (Docket No. 13)(the "Dismissal Order"). On July 30, 2026, the Debtor paid $212 toward the filing fee. In her Motion, the Debtor asks the Court to vacate the Dismissal Order.

The Court entered an *Order and Notice of Conditional Hearing on Debtor's Motion to*

*Reconsider Dismissal* on August 12, 2026 (Docket No. 17), setting the Motion for a hearing on September 14, 2026 (the "Hearing"), conditioned upon the Debtor paying the remainder of the filing fee in the amount of $126 on or before September 11, 2026. The Debtor paid the remaining $126 on September 9, 2026, satisfying that condition, and the Hearing was held. Accordingly, in light of the foregoing, and after review of the Motion and the docket, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Dismissal Order is hereby **VACATED** in its entirety. It is further

**ORDERED** that the automatic stay under 11 U.S.C. § 362 is **reinstated** as of the date of entry of this Order to the extent that it was in force on the day this case was dismissed. It is further

**ORDERED** that the United States Trustee shall appoint a trustee to serve in this case. It is further

**ORDERED** that the deadline for parties to object to discharge or dischargeability is extended to sixty (60) days after the date of the Debtor's rescheduled § 341 meeting of creditors.

The Clerk's Office shall serve a copy of this Order on the Debtor, the Chapter 7 Trustee, the United States Trustee, and all parties on the mailing matrix.

**[END OF DOCUMENT]**